Andre Ivory                           Case No. 04-20044-01-KHV
    v.
United States of America              May 3, 2022

## Motion For Clarification/Notice of Appeal

Your Honorable Judge Vratil,

    I've written to my appointed attorney several times asking him to set up a phone call through my case manager here at the facility in Florence so that I could gain some understanding as to what all my reduction in sentence entails, but he hasn't to date called to have a call set up between us, and since this facility has literally had my cellblock locked down continuously without let up since October 2021 with no access to recreation or phones, I've been unable to contact him (my attorney) on the inmate phone system. There are things going on here that I am certain violate my constitutional Rights, but being that I don't want to be a victim of retaliation I've remained silent. I think that my only recourse is to be shipped away from this place as quickly as possible, but I digress, the purpose of this letter/motion is to gain an understanding of when exactly the "special term" of "Home Confinement" begins. Those that I have posed the question to here at this facility say they are not certain. I was told that my current release date is 7-27-31, with a projected satisfactory release date of 10-17-29 with

①

earned goodtime credit. Those dates I understand, and since I plan to earn all of my goodtime credit my outdate will be the latter. Now this is where the confusion enters. Am I eligible to begin serving the 60 months of Home Confinement somewhere around the years 2024-2025 since my projected satisfactory release date is calculated at 10-17-2029? Or is the Court saying that after my release of completed sentence with goodtime earned, that I am then sentenced to serve the goodtime I have earned on Home confinement, which would be from 10-18-2029 to 3-25-2034, which in fact would be all of the 1620 days of Goodtime Credit that I have earned?

    If it is the former of these two questions, then I understand that that is right and correct and therefore have no argument, but if it is the latter of the two questions, then I argue thus.

    You, Your Honor, sentenced me on May 2, 2006 under the Sentencing Reform Act of 1984. (See; Sentencing Transcript Document #447 page #127) And as explained to me by my case manager, under the Sentencing Reform Act of 1984 (SRA), Good Conduct Time (GCT), once awarded, GCT earned under the SRA is vested, and may not be forfeited at a later time. (See; Sentencing Reform Act of 1984).

    I also offer the Order On Motion For Sentence Reduction Under 18 U.S.C. 3582(c)(1)(A). (See; Document #623 page #2 case# 2:04-cr-20044-KHV) It states, "Under 18 U.S.C. 3582(c)(1)(A), the defendant is ordered to serve a

(2)

"special term" of supervised release of 60 months (not to exceed the unserved portion of the original term of imprisonment). My question is, isn't the Good Conduct Time (GCT) that I've earned protected under the SRA? Since once it's earned it's vested and therefore a new outdate is earned which is the projected release date of 10-17-2029 which means that eligibility to begin serving the term of 60 months Home Confinement should be somewhere in the years 2024-2025. Any date after 2029 released to 60 months of Home Confinement would be a violation of my constitutional Rights by first taking away the "vested Good Conduct Time" that I've earned by then making me serve that earned good conduct time on Home Confinement and it would also violate statutory maximums of my sentence and parole, because Home Confinement is considered by the Bureau Of Prisons (BOP) to be a tool of incarceration via home confinement with electronic monitoring and other things.

  IF my Home Confinement begins in the years 2024-2025 then my argument is moot, but if it begins any time after 10-17-2029, then I would like this letter to serve as my notice of appeal, so could you please clarify for me when my special term of 60 months Home Confinement is to begin?

  I hereby certify under penalty of perjury, that I Andre Ivory mailed this letter/motion on May 3, 2022 using the inmate mailbox system to the Honorable Judge

③

Kathryn H. Vratil.

Andre Ivory
/s/ André Ivory   May 3, 2022

④