Andre Ivory #10883-031
United States Penitentiary Florence - High
P.O. Box 7000
Florence, CO 81226

Legal Mail
May 3, 2022

DENVER CO 802
4 MAY 2022 PM 7 L

RECEIVED
MAY 09 2022
U.S. DISTRICT JUDGE
KANSAS CITY, KANSAS

Judge Kathryn H. Vratil
Federal Court Building
500 State Ave.
Kansas City, Kansas 66101

66101-243599