IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br> ANDRE IVORY,                  )<br>                              )<br>          Defendant.          )<br>_____) | CRIMINAL ACTION<br><br>No. 04-20044-01-KHV |

## ORDER

In miscellaneous correspondence (Doc. #643) filed July 19, 2022, defendant requests information about his revised release date. His request is moot because the Bureau of Prisons has updated his estimated release date to reflect his reduced sentence. Defendant also requests a designation to a facility that offers classes and training so that he can obtain a commercial driver's license. Whether as part of a sentence or as noted elsewhere, a judicial recommendation that the BOP place an offender in a particular facility has no binding effect. See Tapia v. United States, 564 U.S. 319, 331–32 (2011); 18 U.S.C. § 3582(a). Even so, to the extent defendant otherwise qualifies for placement at a facility that includes classes and training for inmates to obtain a commercial driver's license (such as FCI El Reno, FCI Talladega and FCI Jessup), the Court recommends that BOP consider him for placement at such a facility.

**IT IS SO ORDERED**.

Dated this 3rd day of August, 2022 at Kansas City, Kansas.

                              s/ Kathryn H. Vratil
                              KATHRYN H. VRATIL
                              United States District Judge